IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 05-cv-02534-PSF-MJW

BP PRODUCTS NORTH AMERICA, INC.
f/k/a Amoco Oil Company,

    Plaintiff,

v.

MICHAEL BERRIGAN,

    Defendant.

---

### ORDER VACATING SCHEDULING CONFERENCE

---

    Plaintiff's counsel has notified this Court telephonically that settlement negotiations are on-going. It is, therefore,

    ORDERED that the scheduling conference currently set for January 4, 2006 at 9:30 a.m. is VACATED. It is

    FURTHER ORDERED that dismissal papers shall be filed with the Court no later than **Monday, January 9, 2006.**

    DATED: January 3, 2006

                                            BY THE COURT:

                                            *s/ Phillip S. Figa*
                                            _____
                                            Phillip S. Figa
                                            United States District Judge